IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CITIZENS OF WISCONSIN,
UNITED STATES OF AMERICA, ex rel.,
ALAN DAVID McCORMACK,
CITIZENS FOR EQUAL JUSTICE,

    Plaintiffs,

v.

RICK RAEMISCH, Secretary;
WISCONSIN DEPARTMENT OF
CORRECTIONS; ALL NAMED AND
UNNAMED WARDENS,
SUPERINTENDENTS, DIRECTORS,
ADMINISTRATORS, AGENTS AND
DESIGNEES, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-574-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____     1/6/10
Peter Oppeneer, Clerk of Court            Date